UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SETONDJI VIRGILE NAHUM, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:20 CV 1524 RWS |
| LMI AEROSPACE, INC., | ) |
| Defendant. | ) |

## ORDER

Plaintiff Setondji Virgile Nahum has filed a motion requesting that I reconsider my August 23, 2022 order addressing several discovery issues in this case. I will deny the motion because it does not contain any new legal or factual arguments that I have not previously considered.

Accordingly,

**IT IS HEREBY ORDERED that** Plaintiff Setondji Virgile Nahum's motion for reconsideration, [109], is **DENIED**.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 26th day of August, 2022.